IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DESTRA A. MOSES,

    Plaintiff,

v.                                        CASE NO.  5:15cv281-RH/GRJ

HOLMES DISTRICT SCHOOL BOARD,

    Defendants.

_____/

## ORDER CLOSING THE FILE

The plaintiff has filed a notice of voluntary dismissal with prejudice.  ECF No. 12.  Because, as set out in the notice, the defendant has waived any claim for attorney's fees or costs, the notice is effective without an order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).  This order confirms that the case has been dismissed.  The clerk must close the file.

SO ORDERED on January 4, 2016.

                                                          s/Robert L. Hinkle
                                                          United States District Judge